**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY DEPEW, | ) | |
| | ) | Case No. 1:09-cv-442 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, TIMOTHY DEPEW, by and through his attorneys, LUXENBURG & LEVIN, LLC, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

/s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 711
(866) 382-0092 facsimile
david@luxenburglevin.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2009, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

      /s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 711
(866) 382-0092 facsimile
david@luxenburglevin.com